Harold Binder v. Commissioner. Bessie Binder v. Commissioner. Thomas W. Binder v. Commissioner. Naomi Binder v. Commissioner.
Binder v. Commissioner
Docket Nos. 38579, 38580, 38581, 38582.
United States Tax Court
1953 Tax Ct. Memo LEXIS 235; 12 T.C.M. (CCH) 584; T.C.M. (RIA) 53183; May 27, 1953
*235 Samuel J. Warms, Esq., for the petitioners. Stanley W. Herzfeld, Esq., for the respondent. OPPER
Memorandum Opinion OPPER, Judge: Deficiencies determined against the various petitioners as follows are contested in part: Naomi Binder
Year
Tax
Deficiency
1944
Income
$1,290.83
Thomas W. Binder
1943
Income
$2,011.69
1944
Income
1,232.26
Bessie Binder
1943
Income
$1,757.92
1944
Income
1,245.84
Harold Binder
1943
Income
$1,789.53
1944
Income
1,290.83
Various adjustments having been conceded, the sole issue is whether wages paid by petitioners as partners to employees producing goods sold by the partnership may be disallowed as in excess of amounts permitted by the Wage Stabilization Board. The facts are stipulated. They are hereby so found. Income tax returns for the years involved were filed with the collector for the fifth collection district of New Jersey. The parties apparently agree that the question posed is identical with that in The Weather-Seal Manufacturing Co., 16 T.C. 1312, which has in the meantime been affirmed (C.A. 6) 199 Fed. (2d) 376, and as to which we are not convinced of *236 any error. On authority thereof Decision will be entered for the respondent.